JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AARON WATSON, | ) | Case No. ED CV 16-2681-AB(AJW) |
| Petitioner, | ) ) | |
| v. | ) ) | J U D G M E N T |
| STATE OF CALIFORNIA, | ) ) | |
| Respondent. | ) ) | |

In conformance with the Order issued this day, the Petition is hereby dismissed without prejudice.

DATED: January 19, 2018

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\judgment.wpd